No. 76–5343.  RIDLEY *v.* VIRGINIA.  Appeal from Sup. Ct. Va. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–338.  BALLENTINE ET AL. *v.* WILLINGHAM ET AL. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question. ▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆

No. 76–5029.  HAMILTON *v.* FLORIDA.  Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. ▆▆▆▆▆▆▆▆▆▆▆▆▆

No. 76–5301.  SILVER *v.* LARSON FORD SALES, INC.  Appeal from Sup. Ct. Utah dismissed for want of substantial federal question. ▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆